FILED IN
COURT OF CRIMINAL APPEALS

January 16, 2015

ABEL ACOSTA, CLERK

COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/16/2015 12:38:27 PM
Accepted 1/16/2015 1:04:06 PM
ABEL ACOSTA
CLERK

CASE NO. AP-77,033

*grant to 2/22/15 pc*

*1-26-15*

# COURT OF CRIMINAL APPEALS OF TEXAS

GEORGE THOMAS CURRY,
APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

## APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW GEORGE THOMAS CURRY, appellant, by and through his attorney of record, KURT B. WENTZ, who files this appellant's Second Motion for Extension of Time to File Appellant's Brief and in support thereof would show this Court as follows:

### I.

The defendant has been guilty of capital murder and sentenced to death.

### II.

The appeal of the appellant's conviction is automatic.

### III.

On August 26, 2014 the Court received the Reporter's Record.

The appellant's brief was originally due on or about September 25, 2014.

IV.

The attorney for the appellant filed his First Motion for Extension of Time to File Appellant's brief on September 9, 2014 requesting an extension of time until March 31, 2015 because of the demands of other cases.

The Court granted counsel's request for an extension of time to December 1, 2014.

V.

The attorney for the appellant has been unable to complete the appellant's brief by the date given by the Court for the following reasons:

A.     Counsel had to try the non-death capital murder case entitled The State of Texas v. Than Hoang in early August 2014. That trial lasted one week.

B.     Counsel had to try the aggravated robbery entitled The State of Texas v. Enitor Cole in early September 2014. That trial lasted one week.

C.     Counsel was actively engaged in the capital murder death penalty retrial of The State of Texas v. Warren Rivers. This trial began on October 6, 2014 and concluded with a death verdict on November 18, 2014. The seven week trial required an enormous amount of preparation time. Because of the complexity of the case it was not possible to work on any other cases during the trial.

D.     Upon the completion of the Rivers' death penalty case counsel had to tend to all of the cases that were rescheduled during the pendency of that trial.

E.     On December 12, 2014 counsel was able to complete and file the brief in Brian Victorian with the 1st Court of Appeals.

F.	Additionally, on January 10, 2015 the father of appellate counsel died in Cleveland, Ohio. Arrangements are being made as this Motion is being filed for counsel to return to Cleveland for funeral services as well as to attend to necessary family matters.

## VI.

Because of the length of the trial in The State of Texas v. Warren Rivers counsel has been scheduled for numerous felony trials throughout late January, February and March. These involve numerous serious cases that will intrude upon counsel's ability to complete the appellant's brief.

## VII.

An extension of time until June 30, 2015 is requested.

## VIII.

This request is not intended for the purposes of delay but only so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, the appellant prays that the Court grant this Motion in all things.

Respectfully submitted,

/s/ KURT B. WENTZ
KURT B. WENTZ
5629 Cypress Creek Parkway,
Suite 115
Houston, Texas 77069
Phone: 281/587-0088
State Bar No. 21179300
e-mail: kbsawentz@yahoo.com
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I, Kurt B. Wentz, hereby certify that a true and correct paper copy of the Appellant's Second Motion for Extension of Time to File Appellant's Brief was sent to the Court of Criminal Appeals by Certified Mail, Return Receipt Requested, within one day of that Motion being electronically filed with the Court, that day being the 16th day of January, 2015. A true and correct copy said Motion is also being personally delivered to the Assistant District Attorney for Harris County, Texas presently handling this Cause on that same date.

/s/ KURT B. WENTZ
KURT B. WENTZ